# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129153(63)

KARLENE S. HARBOUR, as Personal
Representative of the Estate of KEVIN
DANIEL HARBOUR, Deceased,
           Plaintiff-Appellant,

v

                                    SC: 129153
                                    COA: 252857
CORRECTIONAL MEDICAL SERVICES,      Macomb CC: 2000-003451-NH
INC., a/k/a CORRECTIONAL MEDICAL
SYSTEMS, INC.,
           Defendant-Appellee.

_____/

      On order of the Court, the motion for reconsideration of this Court's May 24, 2006 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006                                               

d0918                                                  Clerk